AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:09-mj-00146-YNP |
| Chad Pitcher | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U.S. Magistrate Court<br>9004 Castle Cliff Court<br>Yosemite, CA 95389 | Courtroom No.: The Honorable Larrry M. Boyle |
|---|---|
| | Date and Time: 8/3/09 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 29, 2009

_____
*Judge's signature*

Larry M. Boyle, U.S. Magistrate Judge
*Printed name and title*