Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:09-mj-00146-YNP |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR A CONTINUANCE OF THE DETENTION HEARING; AND ORDER THEREON |
| v. | ) | |
| CHAD PITCHER, | ) | Date: August 3, 2009 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate |
| | ) | Honorable: Judge Larry Boyle |

The United States of America, by and through its representative, Susan St. Vincent, acting legal officer for the National Park Service in the Eastern District of California, hereby requests a continuance of the detention hearing in the above referenced matter. The government makes this request to allow for more time to determine if the defendant posses a danger either to the community or to himself, and the nature and seriousness of the possible danger.

The defendant was arrested in Yosemite National Park on July 28, 2009 for charges of driving under the influence and several other traffic related offenses. Upon his arrest and detention at the Yosemite Holding Facility the defendant made several threats against the law enforcement rangers and

himself. The defendant made several statements to the effect he wanted to kill himself, and when placed in the holding cell, proceeded to attempt to hang himself with his pants. On several occasions during the night, the defendant threatened the law enforcement ranger serving in the jail, making such statements as I am going to kill you, and I am going to kill all the rangers.

The government is seeking more time to conduct further investigations into the statements and actions of the defendant. The government would also request the assistance of Pre-Trial Services to offer recommendations pertaining to the detention of the defendant, and to allow time for Pre-Trial Services to conduct their investigations. For these reasons stated the government requests the Court grant a continuance of the detention hearing.

Respectfully submitted,

Dated: July 29, 2009

/S/ Susan St.Vincent
Susan St. Vincent,
Acting Legal Officer
National Park Service

ORDER

The Court, having reviewed the above motion for a continuance of the detention hearing, HEREBY ORDERS AS FOLLOWS: A detention hearing in this matter will be held on August 3, 2009 at 1:30 p.m. The defendant is to remain in the custody of the National Park Service and the Yosemite Holding Facility until such time. It is so ordered:

Dated: July 30, 2009.

By: _____
Hon. Larry Boyle
United States Magistrate Judge

3